U.S. Department of Justice
*United States Attorneys*

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

KRISSANDRA MELISSA MOORE

MAGISTRATE # 07-483M

Case No. 7-483

## ORDER

Upon oral motion of the __DEFENDANT__ to exclude __30__ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that __30__ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_Krissandra M. Moore_
Defendant   KRISSANDRA M. MOORE

_[signature]_ (f/ M. Moore)
Defense Counsel   SHAWN MOORE, ESQ.

_[signature]_
Attorney for Government   BRUCE R. HEGYI
Assistant US Attorney

_[signature]_
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)