UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. **07-312** |
| v. | : | |
| KRISSANDRA MELISSA MOORE, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 2113(a) (Bank Robbery) |
| | : | 18 U.S.C. § 1951(a) (Interference With Commerce By Extortion) |

ROBERTSON, J. JR
B

NOV 14 2007

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about September 28, 2007, within the District of Columbia, **KRISSANDRA MELISSA MOORE** did attempt to obtain by extortion property and money belonging to and in the care, custody, control, management and possession of SUN TRUST BANKS, INC., the deposits of which were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about September 28, 2007, within the District of Columbia, **KRISSANDRA MELISSA MOORE** did enter a building at 1571 Alabama Avenue, S.E., Washington, D.C., that was occupied by SUN TRUST BANKS, INC., the deposits of which were insured by the Federal Deposit Insurance Corporation, with the intent to commit larceny in such bank building.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT THREE

On or about September 28, 2007, within the District of Columbia, **KRISSANDRA MELISSA MOORE** did in some way and degree obstruct, delay, and affect commerce and the movement of an article and commodity in commerce, by extortion and attempted extortion and conspiracy to commit extortion, and did threaten physical violence to a person in furtherance of a plan and purpose to extort money from SUN TRUST BANKS, INC., the deposits of which were insured by the Federal Deposit Insurance Corporation.

(**Interference With Commerce By Extortion**, in violation of Title 18, United States Code, Section 1951(a))

A TRUE BILL:

FOREPERSON

_Jeffrey A. Taylor_ (signature)
Attorney of the United States in
and for the District of Columbia