IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 07-312 (JR) |
| : | |
| : | **FILED** |
| **KRISSANDRA MELISSA MOORE,** : | |
| : | JAN - 7 2008 |
| Defendant. : | |
| : | Clerk, U.S. District and Bankruptcy Courts |

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA OF
KRISSANDRA MELISSA MOORE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this factual proffer as a summary of the facts which the United States would have presented, had this matter had gone to trial, and which would have established **KRISSANDRA MELISSA MOORE's** (sometimes hereinafter "Ms. Moore" and "defendant") guilt beyond a reasonable doubt as to the charge to which the Ms. Moore is pleading guilty. The facts presented below are a summary of the Government's evidence, and are not intended to represent all of the evidence the Government could have presented at trial against Ms. Moore:

1. On or about Thursday, September 20, 2007, **KRISSANDRA MELISSA MOORE**, together with two or more individuals, whose identities are known to Ms. Moore and the United States, within the District of Columbia, did meet and discuss and agreed upon a plan to extort money from a branch SUNTRUST BANKS, INC. ("SUNTRUST BANK");

2. On Friday, September 28, 2007, **KRISSANDRA MELISSA MOORE**, together with another individual, whose identity is known to Ms. Moore and the United States, got into a

car supplied and driven by that individual, and they drove around together in the vehicle for a time, eventually arriving at the SUNTRUST BANK branch facility located at 1571 Alabama Avenue, S.E., Washington, D.C.;

3. Once outside the SUNTRUST BANK branch facility at 1571 Alabama Avenue, S.E., the other individual provided **KRISSANDRA MELISSA MOORE** with a blue bag and gave **KRISSANDRA MELISSA MOORE** final instructions before **KRISSANDRA MELISSA MOORE** walked up to the SUNTRUST BANK building;

4. In accordance with their prior agreement, **KRISSANDRA MELISSA MOORE** entered the SUNTRUST bank at 1571 Alabama Avenue, S.E., carrying with her the blue bag, while the other individual waited outside of the SUNTRUST BANK building in order to monitor what was occurring in and around the SUNTRUST BANK;

5. Once inside the SUNTRUST BANK at 1571 Alabama Avenue, S.E., among other things, **KRISSANDRA MELISSA MOORE**, approached several employees of SUNTRUST BANK and told them that **KRISSANDRA MELISSA MOORE** and her 1-year old infant daughter had been kidnapped earlier in the day and that the kidnappers continued to hold hostage her infant daughter and would kill her infant daughter if **KRISSANDRA MELISSA MOORE** did not emerge shortly from the SUNTRUST BANK with Sixty-Thousand Dollars ($60,000.00) from the SUNTRUST BANK, which was to be placed inside of the blue bag that she carried with her into the SUNTRUST BANK;

6. Over the next several minutes, **KRISSANDRA MELISSA MOORE** repeatedly pleaded with employees of the SUNTRUST BANK to "fill up" the blue bag **KRISSANDRA MELISSA MOORE** was carrying with the money of SUN TRUST BANK and to allow

**KRISSANDRA MELISSA MOORE** to leave the premises of SUNTRUST BANK expeditiously and unmolested, or else, **KRISSANDRA MELISSA MOORE** repeatedly represented, her infant daughter would be killed ;

7. When **KRISSANDRA MELISSA MOORE** did not emerge expeditiously from the SUNTRUST BANK with the Sixty Thousand Dollars ($60,000.00), one of **KRISSANDRA MELISSA MOORE's** accomplices, in accordance with their prior agreement, placed a telephone call to the SUNTRUST BANK branch facility at 1571 Alabama Avenue, S.E., and informed the SUNTRUST BANK employee who answered the telephone that he was holding hostage the infant daughter of a woman inside of the SUNTRUST BANK (the caller described **KRISSANDRA MELISSA MOORE** by her gender, race, the specific clothing Ms. Moore was wearing, and the blue bag Ms. Moore was carrying) and that he would kill the woman's (*i.e.*, **Ms. MOORE's**) child if the SUNTRUST BANK employees did not fill up the woman's (*i.e.*, **Ms. MOORE's**) bag with money and let the woman (*i.e.*, **Ms. MOORE**) leave the bank shortly with the money;

8. In fact, on September 28, 2007, the infant daughter of **KRISSANDRA MELISSA MOORE** had not been abducted, was not being held hostage, and was never in any danger. The repeated threats to kill the daughter of **KRISSANDRA MELISSA MOORE** were merely an artifice, ruse, false pretense, and deceit, contrived by which **KRISSANDRA MELISSA MOORE**, in concert with others, whose identities are known to Ms. Moore and the United States, and were used by them in their coordinated effort to extort money from SUNTRUST BANK;

9. **KRISSANDRA MELISSA MOORE's** participation with the other individuals,

whose identity is known to Ms. Moore and the United States, in their plot to extort money from SUNTRUST BANK, and all of **KRISSANDRA MELISSA MOORE**'s actions on September 28, 2007 in furtherance thereof, were done by **KRISSANDRA MELISSA MOORE** knowingly, voluntarily, and intentionally, and were not the product of an accident or mistake;

10.   **KRISSANDRA MELISSA MOORE** acknowledges and agrees that at all relevant times, the SUNTRUST BANK branch facility located at 1571 Alabama Avenue, S.E., Washington, D.C., was insured by the Federal Deposit Insurance Corporation．

11.   **KRISSANDRA MELISSA MOORE** is guilty of Bank Robbery (by Extortion) as set forth in the Information being filed in this case, as substantially set forth in Exhibit "A" attached hereto, in violation of 18 U.S.C. § 2113(a).

I, KRISSANDRA MELISSA MOORE, HEREBY CERTIFY AND DECLARE THAT ALL OF THE FACTS SET FORTH ABOVE IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

12/18/07
Date

KRISSANDRA MELISSA MOORE
Defendant

I have carefully and completely reviewed this Factual Proffer and the attached draft Information with my client, KRISSANDRA MELISSA MOORE, and she agrees that each of the facts set forth above is true and correct.

December 18, 2007
Date

SHAWN MOORE, ESQUIRE
Attorney for KRISSANDRA MELISSA MOORE

For the United States:

 12/19/07  
Date

Bruce R. Hegyi  
Assistant United States Attorney