**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0312 (JR) |
| V. | ) |
| | ) |
| **KRISSANDRA MOORE** | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant Krissandra Moore will appear before the Court for sentencing on March 20, 2008. Ms. Moore pled guilty to Bank Robbery (by extortion) on January 2, 2008 . She was incarcerated prior to the plea because of revocation in a matter in District of Columbia Superior Court. The Probation Department has calculated a sentencing guidelines range for this offenses of 41 to 51 months. Ms. Moore respectfully asks the Court for leniency in sentencing.

I.   <u>18 U.S.C. 3553 FACTORS</u>

With respect to 18 U.S.C. §3553, the Court initially must consider: 1) the nature and circumstances of the offense, and; 2) the history and characteristics of the defendant. No one disputes the seriousness of the offense. However there was no weapon involved, nor any possibility of any harm to bank employees or customers. Indeed, although a serious offense, the execution of this was almost comedic. The author of the plan apparently soured on entering the bank himself and then phoned the bank with the story that Ms. Moore's child would be harmed if she was not given a substantial amount of money. As a hapless Ms. Moore stood in the bank a bank employee activated the silent alarm, and two nearby police officers arrested her. No money was lost. The co-conspirator was not charged in this case; however he has been arrested in connection with another bank robbery, and is believed to be a suspect in another bank robbery, using a *modus operandi* similar to the one utilized here.

With respect to the characteristics of Ms. Moore, she is a woman-child of 21.[1]  She was seriously abused as a child, placed in Child Protective Services, and placed in foster care.  Pregnant at 15, she delivered a son, and later had a daughter.  She also recently miscarried while incarcerated  She has at best an eighth grade education, an IQ of 59, and was treated for ADHD.  She is now HIV positive and appears to have some mental health issues.  When not incarcerated, she lives with a boyfriend.[2]

The Court also must consider certain needs for the sentence to be imposed.  Ms. Moore has been incarcerated since October of 2007.  It is abundantly clear that she is need of a number of services, including mental health and drug programming, and ongoing monitoring and treatment of her HIV condition.  We would respectfully ask the Court for leniency in sentencing with conditions of supervised release that will attempt to ensure that she receives the services that are clearly needed.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


By:  _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Krissandra Moore
DC Bar#214171
625 Indiana Avenue, NW #550

---

[1] Counsel does not at all mean to disparage; counsel means by this language that Ms. Moore, among other things, presents as an individual in thought and deed as someone younger than her 21 years.

[2] Counsel has spoken on a number of occasions with her boyfriend.

Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829