HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES OF AMERICA      :   Docket No.: <u>07-CR-312</u>
                              :
vs.                           :
                              :
MOORE, Krissandra M.          :   Disclosure Date: <u>February 19, 2008</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  ( X )   There are no material/factual inaccuracies therein.
  (   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          2/27/08 _____
Prosecuting Attorney                               Date

### For the Defendant

(CHECK APPROPRIATE BOX)
  (   )   There are no material/factual inaccuracies therein.
  ( ✓ )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Krissandra Moore_  2/27/08        _Shawn Moore_  2/24/08
Defendant           Date           Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 4, 2008</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                                    Page 2

Defendant Moore objects to the application of § 2B3.1 as the appropriate guideline. There was no threat of violence against the bank or any of its employees. Any threat of violence was (falsely) made against Ms. Moore's child for the purpose of obtaining money from the bank. Accordingly the activity which occurred lies more as an extortion/theft rather than as a robbery. Defendant iterates that § 2B3.2 is the appropriate guideline

Signed by: _Shawn Moore_
(Defendant/Defense Attorney/AUSA)

Date: March 3, 2008